An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JEREMY STROHMEYER,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 65654

**FILED**

JUN 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to proceed in forma pauperis. Sixth Judicial District Court, Pershing County; Richard Wagner, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction.[1] *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

---

[1]We note that NRS 19.013(5) provides that "[n]o fee may be charged for any services rendered to a defendant or the defendant's attorney in any criminal case or in habeas corpus proceedings."

14-19358

cc: Hon. Richard Wagner, District Judge
Jeremy Strohmeyer
Attorney General/Carson City
Pershing County District Attorney
Pershing County Clerk